

some most interesting questions, which were exhaustively argued on submission. It is our conclusion that the judgment of the lower court should be affirmed, and it is so ordered. On authority of Associated Ind. Corporation et al. v. Gatling, 75 S.W. 2d 294, and E. F. Kozielski v. W. H. Williams, 125 S.W.2d 1118, by this court, the affirmance is without written opinion.

Affirmed.

**W. M. WADE, Appellant, v. Mrs. Sallie G. PRATT, Appellee.**

**No. 3423.**

Court of Civil Appeals of Texas. Beaumont.
March 16, 1939.

B. A. Hamilton, of Jasper, for appellant.

Minton & Minton, of Hemphill, for appellee.

WALKER, Chief Justice.

This case originated in justice court, where judgment was for appellee; on appeal to county court of Sabine County, judgment was again for appellee, from which appellant has duly prosecuted his appeal to this court. It is our conclusion that the judgment of the lower court should be affirmed, and it is so ordered. On authority of Associated Indemnity Corp. et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Kozielski v. Williams, Tex.Civ.App., 125 S.W.2d 1118, and Farmers' State Bank of Center v. Harris, Tex.Civ.App., 126 S. W.2d 1216, the affirmance is without written opinion.

Affirmed.

**FARMERS STATE BANK, Center, Texas, Appellant, v. J. A. HARRIS et al., Appellee.**

**No. 3393.**

Court of Civil Appeals of Texas. Beaumont.
March 10, 1939.

Rehearing Denied March 22, 1939.

Lane & Anderson, of Center, for appellant.

Davis, Avery & Wallace, of Center, for appellee.

WALKER, Chief Justice.

This case originated in justice court, where judgment was for appellee; on appeal to county court of Shelby County, judgment was again for appellee, from which appellant has duly prosecuted its appeal to this court. The appeal presents